**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SABRINA SAINT-VAL,

          Plaintiff,

-vs-                            Case No. 6:05-cv-844-Orl-28KRS

YOLANDA RYAN,

          Defendant.
_____

## ORDER

This cause is before the Court on Defendant Yolanda W. Ryan's Dispositive Motion to Dismiss (Doc. 4, filed June 13, 2005). Noting that Plaintiff has not timely filed a response, Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **dismissed without prejudice**. Plaintiff may file an Amended Complaint on or before July 22, 2005.

      **DONE and ORDERED** in Chambers, Orlando, Florida this 5 day of July, 2005.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party